IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRICK NOONER                                                                PLAINTIFF
ADC #000926

vs.                              NO. 4:19CV00194 SWW

BRIAN S. MILLER, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE